UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
AUG 30 2016

******************************************************************************

| | | |
|---|---|---|
| REBECCA WATSON-MILLER, | * | CIV 14-4112 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| ROBERT McDONALD, Secretary of Veterans' Affairs, | * | |
| Defendant. | * | |

******************************************************************************

The Court has been advised that the case has been settled. Accordingly,

IT IS ORDERED that this action is hereby dismissed without costs and with prejudice, each party to pay their own costs. Any party, on good cause shown on or before September 29, 2016, may move to vacate this Order of Dismissal and reopen this action if settlement is not consummated. The Court also retains ancillary jurisdiction to enforce all settlement agreements entered into by the parties and their representatives. *See Harris v. Arkansas State Highway and Transp. Dep't*, 437 F.3d 749 (8th Cir. 2006).

Dated this 30th day of August, 2016.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, Clerk

BY: _____
    Deputy